# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO.  4:97cr36-RH/WCS

SANDRA LURRY,

      Defendant.

_____/

## ORDER REQUIRING RESPONSE TO MOTION
## FOR EARLY TERMINATION OF SUPERVISED RELEASE

      The government shall file by May 31, 2005, a response to defendant Sandra Lurry's motion for early termination of supervised release.  If known, the response shall include a statement of the position of the assigned probation officer—that is, whether the officer supports, opposes, or takes no position on the motion.  Ms. Lurry may file a reply in support of the motion within 21 days after service of the government's response.

      SO ORDERED this 9th day of May, 2005.

                                 s/Robert L. Hinkle
                                 Chief United States District Judge